IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Tanesha Rembert, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE NO. |
| | : | 1:12-CV-02811-JOF-JSA |
| | : | |
| v. | : | |
| | : | |
| Mount Vernon Internal | : | |
| Medicine, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

**NON-PARTIES GEORGIA DEPARTMENT OF LABOR AND SHARRI
SPEER'S MOTION TO QUASH PLAINTIFF'S SUBPOENA COMMANDING
<u>PRODUCTION OF UNEMPLOYMENT HEARING TRANSCRIPT</u>**

COME NOW Non-Parties Georgia Department of Labor (hereinafter referred to as "Department") and Department employee Sharri Speer, by and through their counsel, the Attorney General of the State of Georgia, and pursuant to Fed. R. Civ. P. 45, and file this motion to quash Plaintiff's subpoena commanding the Department to produce a certain unemployment hearing transcript.

The reasons for quashing the subpoena are set forth in the Department and Sharri Speer's brief in support of their motion to quash subpoena, which is being filed contemporaneously with this motion.

WHEREFORE, the Department and Sharri Speer respectfully ask the Court to quash the subpoena and to grant such other relief as may be deemed proper and appropriate.

**Local Rule 7.1.D Certification:**

By signature below, counsel certifies that the foregoing pleading was prepared in Courier New, 12 point font in compliance with Local Rule 5.1B.

        Respectfully submitted,

        SAMUEL S. OLENS        551540
        Attorney General

        DENNIS R. DUNN         234098
        Deputy Attorney General

        s/Annette M. Cowart_____
        ANNETTE M. COWART      191199
        Senior Assistant Attorney General
        Attorney for Non-Parties Georgia
        Department of Law and Department
        Employee Sharri Speer

Please address all
communications to:

ANNETTE M. COWART
Senior Assistant Attorney General
Attorney for Non-Parties Georgia Department of Labor
and Department employee Sharri Speer
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300

(404) 656-3380
(404) 657-9932 (FAX)
acowart@law.ga.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2013, I electronically filed the foregoing **NON-PARTIES GEORGIA DEPARTMENT OF LABOR AND SHARRI SPEER'S BRIEF IN SUPPORT OF MOTION TO QUASH PLAINTIFF'S SUBPOENA COMMANDING PRODUCTION OF UNEMPLOYMENT HEARING TRANSCRIPT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Lucinda Jones
Advocate.Lucinda@gmail.com

Valerie Vanessa Vie
Valerievvie@bellsouth.net

Nichole Lee Hair
Nlh@hbss.net

Richard Neal Sheinis
rsheinis@hbss.net

This 24th day of January, 2013.

        s/Annette M. Cowart
        Annette M. Cowart
        Georgia Bar No. 191199
        Attorney for Non-Parties
        Georgia Dept. of Labor
        Sharri Speer

ANNETTE M. COWART
Senior Assistant Attorney General
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300

(404) 656-3380  
(404) 657-9932 (FAX)  
acowart@law.ga.gov