IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TANESHA REMBERT, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| v. | : |
| | : NO. 1:12-CV-02811-JOF-JSA |
| MOUNT VERNON INTERNAL | : |
| MEDICINE; LINDA BAUER, | : |
| DR. SHARON P. TINANOFF, DR. | : |
| DR. CHARLES D. COHN, DR. | : |
| JEFFREY P. POLEKOFF, and its | : |
| Assigns, successors in interest, | : |
| et al. | : |
| | : |
| Defendants. | : |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties in the above-referenced case, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate that the above-styled action and all claims therein be dismissed ***with prejudice***, with each party bearing its own costs. The Clerk is requested to mark the Court file accordingly.

This 29th day of September, 2014.

[SIGNATURES FOLLOW ON NEXT PAGE]

STIPULATED TO BY:

/s/ Valerie V. Vie
Valerie V. Vie, Esq.
Georgia Bar No. 727617
5682 Palazzo Way, Suite 102
Douglasville, Georgia 30134
(770) 949-1102
valerievie@hotmail.com
Attorney for Plaintiff Tanesha Rembert

/s/ Lucinda Jones
Lucinda Jones, Esq.
Georgia Bar No. 402509
8491 Hospital Drive
Douglasville, Georgia 30134
(770) 874-2994
advocate.lucinda@gmail.com
Attorney for Plaintiff Tanesha Rembert

**Scrudder, Bass, Quillian, Horlock, Taylor & Lazarus, LLP**

/s/ Chiaka U. Adele
Chiaka U. Adele
Georgia Bar No. 005111
David C. Rhodes
Georgia Bar No. 340295
900 Circle 75 Parkway
Suite 850
Atlanta, Georgia  30339-3053
Phone: (770) 612-9200
Facsimile: (770) 612-9201
cadele@scrudderbass.com
drhodes@scrudderbass.com
Attorneys for Defendants Mount Vernon Internal Medicine, LLP, Linda Bauer, Dr. Sharon P. Tinanoff, Dr. Charles D. Cohn, and Dr. Jeffrey P. Polekoff